```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

**SARATOGA ADVANTAGE TRUST,**
**On Behalf of Itself**
**and All Others**
**Similarly Situated and**
**THEODORE HYER,**

      **Plaintiffs,**

**v.**                                                  **Civil Action No. 2:08-0011**

**ICG, INC. a/k/a INTERNATIONAL**
**COAL GROUP, INC.,**
**WILBUR L. ROSS, JR.,**
**BENNETT K. HATFIELD,**
**WENDY L. TERAMOTO, and**
**WILLIAM D. CAMPBELL,**

      **Defendants.**

## ORDER

On July 20, 2009 the named parties (other than Theodore Hyer) filed a proposed stipulated schedule regarding lead plaintiff's first amended class action complaint. The court accepts the stipulation to the extent hereinafter set forth. It is ORDERED that defendants shall respond to the first amended class action complaint by August 6, 2009. In the event defendants respond by filing a motion to dismiss, plaintiffs shall respond to the motion by August 20, 2009. Defendants' reply to the response shall be filed by August 31, 2009.

The Clerk is directed to forward copies of this order to all counsel of record.

DATED: July 21, 2009

John T. Copenhaver, Jr.
United States District Judge