UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | | |
|---|---|---|
| SARATOGA ADVANTAGE TRUST and THEODORE HYER, On Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) ) | |
| Plaintiffs, | ) | |
| vs. | ) ) ) | |
| ICG, INC. a/k/a INTERNATIONAL COAL GROUP, INC., WILBUR L. ROSS, BENNETT K. HATFIELD, WENDY L. TERAMOTO, and WILLIAM D. CAMPBELL, | ) ) ) ) ) | Case No. 2:08-cv-0011 |
| Defendants. | ) ) | |

PLAINTIFFS' FINAL POST-SETTLEMENT
STATUS REPORT

<u>Saratoga Advantage Trust, et al. v. ICG, Inc., et al.</u>
USDC Case No. 2:08-cv-0011

## I.   INTRODUCTION

In accordance Court's January 2, 2014 Order entered in connection with the administration of the Class Action Settlement approved in this matter on August 31, 2012 (the "Settlement") [Dkt. # 103], counsel on behalf of Class Plaintiffs, Saratoga Advantage Trust, *et al.*, hereby respectfully submit their Final Post-Settlement Status Report to the Court regarding the administration and accounting of the Settlement.

## II.   SUMMARY OF ACCOUNTING

As previously reported in Plaintiffs' Third Post-Settlement Quarterly Report [Dkt # 106], it was anticipated that $704,160.00 or roughly 51.2 percent of the gross Settlement Fund would be set aside for distribution distributed to Class Members who submitted eligible Claim Forms, subject to actual settlement administration costs.  The notice accompanying these checks informed Class Members that they would forfeit their entitlement to relief unless the settlement checks were cashed within 180 days from the date of their issuance.

The Settlement Administrator, Spectra Print Co., caused the issuance of class notice, processed all settlement claim forms and orchestrated/supervised the payment of all valid settlement claims through its offices.  The original estimate of settlement administration expenses subsequently proved to be essentially in-line actual costs incurred even though there was a slight delay in the implementation of the settlement claims process.  A full accounting of the settlement proceeds is set forth below:

<u>Saratoga Advantage Trust, et al. v. ICG, Inc., et al.</u>
USDC Case No. 2:08-cv-0011

GROSS SETTLEMENT FUND:                                                  $1,375,000.00

**<u>Inclusions</u>**

Interest Earned on Settlement Fund                                          161.13

**<u>Deductions</u>**

Attorney Fees (as awarded)                                               456,210.00

Reimbursement of Litigation Expenses (as awarded)                        118,778.82

Incentive Awards (as awarded)                                              5,000.00

Class Notice Postage Expenses                                            12,278.09

Reimbursement of Class Notice Expenses Incurred by Brokerage Firms        1,592.38

Spectra Print Settlement Class Action Administration Charges:            61,583.90

    (Includes, claim processing, Skip Tracing Expenses, re-mailing of Class
    Notice, Settlement Toll Free Phone Charges, Settlement P.O. Box
    Charges, Settlement Website Charges).

Settlement Fund Income Tax Return Charges                                 1,050.00

Settlement Fund Bank Charges (through February, 2014)                       121.21

**<u>Total Settlement Fund Deductions/Expenses</u>:**                    **<u>$656,614.40</u>**

NET SETTLEMENT FUND AVAILABLE FOR REDEMPTION BY THE CLASS                $704,160.00

NET SETTLEMENT FUND ACUTALLY REDEEMED BY THE CLASS                       $682,423.02

    Residual Net Settlement Fund Paid to *Cy Pres*:
    West Virginia University
    George R. Farmer, Jr., School of Law                                $36,123.71

## III.   CONCLUSION

Class Counsel hopes that the aforementioned accounting of the Class Action

Settlement proceeds addresses all questions that the Court may have on this matter.

Respectfully submitted,

SARATOGA ADVANTAGE TRUST

By Counsel

/s/ Mark L. Knutson
Mark L. Knutson, Esq.
FINKELSTEIN & KRINSK, LLP
501 West Broadway, Suite 1250
San Diego, California 9210-3579
Telephone: (619) 238-1333
Facsimile: (619) 238-5425


-and-

Troy N. Giatras, Esquire
*The Giatras Law Firm, PLLC*
118 Capitol St., Suite 400
Charleston, WV 25301
Telephone: (304) 343-2900
Facsimile: (304) 343-2942

<u>Saratoga Advantage Trust, et al. v. ICG, Inc., et al.</u>
USDC Case No. 2:08-cv-0011

## **CERTIFICATE OF SERIVCE**

I hereby verify that on March 31, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notes List.


<u>/s/ Mark L. Knutson</u>